FEDERAL CRUDE OIL COMPANY v. B. E. QUINN et al.

No. 1878.

Court of Civil Appeals of Texas. Beaumont.
Oct. 27, 1932.

E. E. Easterling and W. D. Gordon, both of Beaumont, and Nelson Phillips, of Dallas, for appellant.

Beeman Strong and Orgain, Carroll & Bell, all of Beaumont, for appellee.

PER CURIAM.

This case was submitted in this court under the agreement that the disposition of Federal Crude Oil Company v. Yount-Lee Oil Company (Tex. Civ. App.) 53 S.W.(2d) 1119, this day reversed and remanded by us to the lower court, should control the disposition to be made of this case.

It follows that the judgment herein must be reversed, and the cause remanded for a new trial, and it is accordingly so ordered.

Reversed and remanded.

FEDERAL CRUDE OIL CO. v. YOUNT–LEE OIL CO. et al.

No. 1809.

Court of Civil Appeals of Texas. Beaumont.
Oct. 27, 1932.

Phillips, Townsend & Phillips, of Dallas, and E. E. Easterling, W. D. Gordon, and M. S. Duffie, all of Beaumont, for appellant.

Beeman Strong and Orgain, Carroll & Bell, all of Beaumont, for appellee.

PER CURIAM.

The issues of law in this case were heretofore certified by us to the Supreme Court, and, upon the answers given to our questions, reported Federal Crude Oil Company v. Yount-Lee Oil Company (Tex. Sup.) 52 S.W. (2d) 56, error was committed by the trial court in the trial of this cause, necessitating its reversal, and it is accordingly so ordered.

Reversed and remanded.